Case 23-90020 Document 221 Filed in TXSB on 01/24/23 Page 1 of 8

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § § | **Chapter 11** |
| **SSB MANUFACTURING COMPANY** § § | **Case No. 23-90018 (DRJ)** |
| § § | **(Emergency Hearing Requested)** |
| Debtor. § § | |
| Tax I.D. No. (13-3875743) § | |
| ------------------------------------------------------§ | |
| **In re:** § § | **Chapter 11** |
| **DAWN INTERMEDIATE, LLC** § § | **Case No. 23-90019 (DRJ)** |
| § § | **(Emergency Hearing Requested)** |
| Debtor. § § | |
| Tax I.D. No. (46-0766123) § | |
| ------------------------------------------------------§ | |
| **In re:** § § | **Chapter 11** |
| **SERTA SIMMONS BEDDING, LLC** § § | **Case No. 23-90020 (DRJ)** |
| § § | **(Emergency Hearing Requested)** |
| Debtor. § § | |
| Tax I.D. No. (01-0931874) § | |
| ------------------------------------------------------§ | |
| **In re:** § § | **Chapter 11** |
| **SERTA INTERNATIONAL HOLDCO, LLC** § § | **Case No. 23-90021 (DRJ)** |
| § § | **(Emergency Hearing Requested)** |
| Debtor. § § | |
| Tax I.D. No. (20-3256101) § | |
| ------------------------------------------------------§ | |

| | | |
|---|---|---|
| **In re:** | § § | **Chapter 11** |
| **NATIONAL BEDDING COMPANY L.L.C.** | § § § | **Case No. 23-90022 (DRJ)** |
| Debtor. | § § | **(Emergency Hearing Requested)** |
| Tax I.D. No. (76-0720695) | § § | |
| **In re:** | § § | **Chapter 11** |
| **THE SIMMONS MANUFACTURING CO., LLC** | § § § | **Case No. 23-90023 (DRJ)** |
| Debtor. | § § | **(Emergency Hearing Requested)** |
| Tax I.D. No. (36-4480960) | § § | |
| **In re:** | § § | **Chapter 11** |
| **DREAMWELL, LTD.** | § § | **Case No. 23-90024 (DRJ)** |
| Debtor. | § § § | **(Emergency Hearing Requested)** |
| Tax I.D. No. (52-2362419) | § § | |
| **In re:** | § § | **Chapter 11** |
| **SSB HOSPITALITY, LLC** | § § | **Case No. 23-90025 (DRJ)** |
| Debtor. | § § § | **(Emergency Hearing Requested)** |
| Tax I.D. No. (36-4482016) | § § | |

2

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SSB LOGISTICS, LLC** | § | |
| | § | **Case No. 23-90026 (DRJ)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (81-0726691)** | § | |
| ----------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **SIMMONS BEDDING COMPANY, LLC** | § | **Case No. 23-90027 (DRJ)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (47-1992552)** | § | |
| ----------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TUFT & NEEDLE, LLC** | § | **Case No. 23-90028 (DRJ)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (83-2086215)** | § | |
| ----------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TOMORROW SLEEP LLC** | § | |
| | § | **Case No. 23-90029 (DRJ)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| **Debtor.** | § | |
| | § | |
| **Tax I.D. No. (81-3880678)** | § | |
| ----------------------------------------------- | § | |

3

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **SSB RETAIL, LLC** | § | **Case No. 23-90030 (DRJ)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| **Debtor.** | § | |
| | § | |
| Tax I.D. No. (83-3619245) | § | |
| ---------------------------------------------------- | § | |
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **WORLD OF SLEEP OUTLETS, LLC** | § | **Case No. 23-90031 (DRJ)** |
| | § | |
| | § | **(Emergency Hearing Requested)** |
| **Debtor.** | § | |
| | § | |
| Tax I.D. No. (36-4480957) | § | |
| ---------------------------------------------------- | § | |

4

# ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b) AND BANKRUPTCY LOCAL RULE 1015-1

(Docket No. 2)

Upon the motion, dated January 23, 2023 (the "**Motion**")[1] of Serta Simmons Bedding, LLC, and its debtor affiliates in the above captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "**Debtors**"), for entry of an order directing the joint administration of their chapter 11 cases pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing to consider the relief requested in the Motion; and all objections, if any, to the Motion have been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT**

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 23-90020 (DRJ). Additionally, the following checked items are ordered:

 ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

 ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

 ☒ Other: See below.

2. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates.

3. The caption of the jointly administered cases shall read as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| **SERTA SIMMONS BEDDING, LLC,** *et al.*, | § § § | Case No. 23-90020 (DRJ) |
| | § § | (Jointly Administered) |
| Debtors.[1] | § § § | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Dawn Intermediate, LLC (6123); Serta Simmons Bedding, LLC (1874); Serta International Holdco, LLC (6101); National Bedding Company L.L.C. (0695); SSB Manufacturing Company (5743); The Simmons Manufacturing Co., LLC (0960); Dreamwell, Ltd. (2419); SSB Hospitality, LLC (2016); SSB Logistics, LLC (6691); Simmons Bedding Company, LLC (2552); Tuft & Needle, LLC (6215); Tomorrow Sleep LLC (0678); SSB Retail, LLC (9245); and World of Sleep Outlets, LLC (0957). The Debtors' corporate headquarters and service address for these chapter 11 cases is 2451 Industry Avenue, Doraville, Georgia 30360.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry shall be made in each of the above-captioned chapter 11 cases (except the chapter 11 case of Serta Simmons Bedding, LLC) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Serta Simmons Bedding, LLC, *et al.* The docket in Case No. 23-90020 (DRJ) should be consulted for all matters affecting this case.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. A separate claims registry shall be maintained for each Debtor.

8. The Debtors are authorized to take all actions necessary or appropriate to carry out this Order.

9. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed: January 24, 2023.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**